# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>YOUNG, H. DAVID | 2. Court or Organization<br><br>E.D. OF ARKANSAS | 3. Date of Report<br><br>05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 W. Capitol Ave., Suite C255
Little Rock, AR 72201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **YOUNG, H. DAVID** | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Family LLLP | | | | | | | | | |
| 2. Ark. Pit & Quarry | B | In/roy | N | U | | | | | |
| 3. Cross County Gravel Co. | A | Interest | J | U | | | | | |
| 4. Rock Island Gravel Co. | A | Interest | K | U | | | | | |
| 5. McGeorge Equipment Rental | D | In/roy | P1 | U | | | | | |
| 6. McGeorge Contracting Co.,Inc | G | Dividend | P1 | W | | | | | |
| 7. Pine Bluff Sand & Gravel Co. | E | Dividend | P1 | W | | | | | |
| 8. Cornerstone Farm & Gin Co. | D | Dividend | M | W | | | | | |
| 9. Standard Investment Co. | D | Dividend | M | W | | | | | |
| 10. TRUST | | | | | | | | | |
| 11. Simmons 1st Nat'l Bank | G | Div/Int | P1 | W | | | | | |
| 12. ASSETS | | | | | | | | | |
| 13. (1) bank acct.- Simmons 1st National Bank, Pine Bluff, AR | | | | | | | | | |
| 14. (2) stock in Pine Bluff Sand and Gravel Co. | | | | | | | | | |
| 15. (3) stock in McGeorge Contracting Co. | | | | | | | | | |
| 16. (4) 1/6 interest in 652 acres of land - Jefferson Co., AR | | | | | | | | | |
| 17. TRUST | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Simmons 1st Nat'l Bank, Trustee - est. 12/10/76 | D | Dividend | M | W | | | | | |
| 19. ASSETS | | | | | | | | | |
| 20. (1) bank acct.-Simmons 1st National Bank, Pine Bluff, AR | | | | | | | | | |
| 21. (2) stock in McGeorge Contracting Co. | | | | | | | | | |
| 22. (3) stock in Pine Bluff Sand & Gravel Co. | | | | | | | | | |
| 23. (4) U.S. Treasury Bill - 20,000 | | | | | | | | | |
| 24. MISC. STOCKS & BONDS | | | | | | | | | |
| 25. Fidelity Adv. Tech. Fund | A | Dividend | K | T | | | | | |
| 26. Sterne Agee Money Mkt Fund | E | Interest | P1 | T | | | | | |
| 27. Gen. Elec. | A | Dividend | J | T | Donated (part) | | | | |
| 28. Texas Instruments | A | Dividend | | | Sold | 03/09/12 | J | A | |
| 29. Wal-Mart | A | Dividend | L | T | | | | | |
| 30. Virtus Oppty Trust Fund | A | Int./Div. | K | T | | | | | |
| 31. Virtus Opportunities Trust Global Fund | A | Int./Div. | K | T | | | | | |
| 32. EMC Corp | A | Dividend | J | T | | | | | |
| 33. First Trust Enhanced | A | Dividend | K | T | Buy | 09/25/12 | K | | |
| 34. Cisco Systems | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Simmons First National Bank | A | Dividend | J | T | | | | | |
| 36. 1/3 int. in real estate in Pine Bluff, AR | | None | M | W | | | | | |
| 37. 1/6 int. in 677.12 acres in Ark. Co. AR | | None | L | W | | | | | |
| 38. International Paper Co. | A | Dividend | L | T | | | | | |
| 39. TRUST No. 2 AT Bank of America | D | Interest | N | T | | | | | |
| 40. Columbia Tax Exempt Fund (nowBank of Am Reserves Trust Class | A | Interest | J | T | | | | | |
| 41. Columbia Lge Cap Fd | A | Dividend | J | T | | | | | |
| 42. Columbia Inter. Mun Bd | A | Dividend | J | T | | | | | |
| 43. Columbia Sm Cap Val | A | Dividend | J | T | | | | | |
| 44. Columbia Inter. Eq | A | Dividend | K | T | | | | | |
| 45. Columbia Midcap value | A | Dividend | J | T | | | | | |
| 46. Columbia Short Term Mun Inc Fund | A | Dividend | M | T | | | | | |
| 47. Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 48. Credit Suisse Commodity Return | A | Dividend | J | T | | | | | |
| 49. IShares MSCI Emging Mkt | A | Dividend | J | T | | | | | |
| 50. JeffersonCtyHospRev | C | Interest | | | Redeemed | 01/07/12 | L | A | |
| 51. Centerton Ark MunDistNo 3 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NLRARHFBrdHlth | C | Interest | | | Redeemed | 06/11/12 | L | A | |
| 53. SW Rural Dev Auth | A | Interest | K | T | Redeemed (part) | 06/01/12 | J | A | |
| 54. Ark St Dev Fin Auth Constr | A | Interest | K | T | Redeemed (part) | 12/03/12 | K | A | |
| 55. Fayetteville Ar School | A | Interest | L | T | | | | | |
| 56. Gentry Ar School | A | Interest | M | T | | | | | |
| 57. Paris Ar School | A | Interest | L | T | | | | | |
| 58. Ark St Dev Fin Auth Hendrix College | A | Interest | M | T | Buy | 08/22/12 | M | | |
| 59. Benton AR Cap Imp Rev | A | Interest | L | T | Buy | 08/16/12 | L | | |
| 60. Birmingham, Al wtrwrks | A | Interest | K | T | | | | | |
| 61. Brazos Rvr Auth Tex Rev | A | Interest | L | T | | | | | |
| 62. Brookland Ar Sch | A | Interest | L | T | | | | | |
| 63. Coppell Tx Recr | A | Interest | J | T | | | | | |
| 64. Heber Springs AR Sales & Use Tax | A | Interest | K | T | | | | | |
| 65. Indep Cty AR Pub Hlth | A | Interest | L | T | | | | | |
| 66. LR AR RFDG Libr Const | A | Interest | M | T | Buy | 08/23/12 | M | | |
| 67. Northern Lights Alteris Mgd. Futures | A | Dividend | M | T | Buy | 04/25/12 | M | | |
| 68. Northern Lights Princeton Futures | A | Interest | M | T | Buy | 04/25/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Virtus Dynamic | A | Dividend | M | T | Buy | 04/25/12 | M | | |
| 70. Univ Ark Rev UALR Stdnt | A | Interest | | | Redeemed | 12/03/12 | J | A | |
| 71. Ark St Dev Fin Auth AGYS | A | Interest | K | T | | | | | |
| 72. Ark St Dev Fin Auth Mt Magazine | A | Interest | J | T | | | | | |
| 73. Ark StDevFinAuth CorrFac | B | Interest | L | T | | | | | |
| 74. MagnoliaArkSales | B | Interest | K | T | | | | | |
| 75. Puerto Rico Cmmnwealth | A | Interest | | | Redeemed | 07/03/12 | K | A | |
| 76. Conway AR | A | Interest | K | T | | | | | |
| 77. TRUST No. 1 @ Bank of America | | | | | | | | | |
| 78. TRUST ACCT. AT Bank of America | E | Indiv | O | T | | | | | |
| 79. Bank of A Res Class Trust Fund formally Col Tax Exempt Fund | C | Interest | M | T | | | | | |
| 80. IBM | A | Dividend | K | T | | | | | |
| 81. General Electric | A | Dividend | J | T | | | | | |
| 82. Baxter Co. Hospital | C | Interest | K | T | | | | | |
| 83. Columbia Managed Small Cap. | A | Interest | J | T | | | | | |
| 84. Cisco Sys. Inc. | A | Dividend | J | T | | | | | |
| 85. Citigroup, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Columbia Div Inc Fund | A | Dividend | K | T | | | | | |
| 87. Columbia Select Lg Cap | A | Dividend | K | T | | | | | |
| 88. IShares MSCI Emging Mkt | A | Dividend | K | T | | | | | |
| 89. Exxon-Mobil Corp. | A | Dividend | K | T | | | | | |
| 90. Pepsico | A | Dividend | J | T | | | | | |
| 91. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 92. AT & T | A | Dividend | J | T | | | | | |
| 93. Wells Fargo | A | Dividend | J | T | | | | | |
| 94. Microsoft | A | Dividend | K | T | | | | | |
| 95. CocaCola | A | Dividend | J | T | | | | | |
| 96. Dell Comp | A | Dividend | J | T | | | | | |
| 97. Pfizer | A | Dividend | J | T | | | | | |
| 98. Novartis | A | Dividend | K | T | | | | | |
| 99. Macy's | A | Dividend | J | T | | | | | |
| 100. Coach | A | Dividend | J | T | | | | | |
| 101. Smucker's | A | Dividend | J | T | | | | | |
| 102. LR Ark Cap Imp Dist | B | Interest | | | Redeemed | 10/11/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Columbia Int'l Value | A | Dividend | K | T | | | | | |
| 104. Columbia InterMed Bd | A | Dividend | M | T | | | | | |
| 105. Columbia MidCap Growth | A | Dividend | K | T | | | | | |
| 106. Columbia MidCap Value | A | Dividend | K | T | | | | | |
| 107. Columbia Marisco Growth Fund | A | Dividend | J | T | | | | | |
| 108. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 109. Springdale Ark Sales Use REV RFDG | C | Interest | K | T | Redeemed (part) | 07/02/12 | J | A | |
| 110. LR Ark Sewer Rev Constr Ser A | A | Interest | | | Redeemed | 06/01/11 | J | A | incorrect on last report |
| 111. Rogers Ark SWR Rev Impt | B | Interest | L | T | | | | | |
| 112. LR Ark INDL Dev Rev | B | Interest | K | T | | | | | |
| 113. Ark St Dev Fin Auth Rev St Agen | B | Interest | K | T | | | | | |
| 114. Jeff Cty Ark Pol CTL | A | Interest | J | T | | | | | |
| 115. Ark St. Univ RFDG Constr-HSG SYS | A | Interest | J | T | | | | | |
| 116. LR Ar Hlth Fac | A | Interest | J | T | | | | | |
| 117. Indep Cty Ark Pol Ctl | B | Interest | K | T | | | | | |
| 118. Ark St Dev Fin Auth Pub Purp Rev | A | Interest | K | T | | | | | |
| 119. Birmingham Al wtrwrks | A | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Marshall City Al Health | A | Interest | K | T | | | | | |
| 121.  Texas Wtr Dev | A | Interest | K | T | | | | | |
| 122.  Texas St PFA Bldg | A | Interest | K | T | | | | | |
| 123.  Heber Sprgs Ark Hosp Hlth Care | B | Interest | K | T | | | | | |
| 124.  Van Buren Ar Schl Dist | B | Interest | K | T | | | | | |
| 125.  Morgan Stanley Group Global NT corp bond | A | Interest | J | T | | | | | |
| 126.  Bank of America | A | Dividend | J | T | | | | | |
| 127.  Regions Fin Corp | A | Dividend | J | T | | | | | |
| 128.  Simmons First | A | Dividend | J | T | | | | | |
| 129.  Windstream Corp | A | Dividend | J | T | | | | | |
| 130.  Fidelity Advisor New Insights Fund | A | Dividend | | | Donated | | | | |
| 131.  Univ Cent Ark Rev RFDG Student | C | Interest | L | T | | | | | |
| 132.  Fayetteville Ar Sch | A | Interest | K | T | | | | | |
| 133.  Fayetteville Ar Sch | A | Interest | K | T | | | | | |
| 134.  Gentry Ar Sch | A | Int./Div. | L | T | | | | | |
| 135.  Virtus Oppty Trust | A | Interest | J | T | | | | | |
| 136.  Virtus Opportunities Trust Allecdor | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. First Trust Unit 3100 | A | Interest | | | Sold | 10/22/12 | K | A | |
| 138. First Trust Unit 3289 | A | Interest | J | T | | | | | |
| 139. First Unit Trust 3779 | A | Interest | K | T | Buy | 10/22/12 | K | | |
| 140. IRA No. 1 | | | | | | | | | |
| 141. Blackrcock Equity Div Fund | A | Int./Div. | J | T | | | | | |
| 142. First eagle Funds Overseas | A | Int./Div. | J | T | | | | | |
| 143. ING Mutual Funds Global real estate | A | Int./Div. | J | T | | | | | |
| 144. Mainstay Funds Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 145. PIMCO Total Return Funds | A | Int./Div. | J | T | | | | | |
| 146. Pioneer Strategic Inc Fund | A | Int./Div. | J | T | | | | | |
| 147. Ridgeworth Total Return Bond Funds | A | Int./Div. | J | T | | | | | |
| 148. Royce 100 Fund Investment Class | A | Int./Div. | J | T | | | | | |
| 149. Templeton Global Invt Fund | A | Int./Div. | J | T | | | | | |
| 150. Thornburg Invt Intl Value Fund | A | Int./Div. | J | T | | | | | |
| 151. JP Morgan Trust II Core | A | Interest | J | T | | | | | |
| 152. MFS Union Std Tr Eq Fund | A | Interest | J | T | | | | | |
| 153. Northern Funds MultiManager | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  VanEckFundsGlobalHardAssets | A | Interest | J | T | | | | | |
| 155.  IRA No. 2 | | | | | | | | | |
| 156.  Blackrcock Equity Div Fund | A | Int./Div. | J | T | | | | | |
| 157.  First eagle Funds Overseas | A | Int./Div. | J | T | | | | | |
| 158.  ING Mutual Funds Global real estate | A | Int./Div. | J | T | | | | | |
| 159.  Mainstay Funds Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 160.  PIMCO Total Return Funds | A | Int./Div. | J | T | | | | | |
| 161.  Pioneer Strategic Inc Fund | A | Int./Div. | J | T | | | | | |
| 162.  Ridgeworth Total Return Bond Funds | A | Int./Div. | J | T | | | | | |
| 163.  Royce 100 Fund Investment Class | A | Int./Div. | J | T | | | | | |
| 164.  Templeton Global Invt Fund | A | Int./Div. | J | T | | | | | |
| 165.  Thornburg Invt Intl Value Fund | A | Int./Div. | J | T | | | | | |
| 166.  JPMorganTrustIICoreBond | A | Interest | J | T | | | | | |
| 167.  MFSUnionStdTrEq | A | Interest | J | T | | | | | |
| 168.  NorthernFundsMultiMg MIdCap | A | Interest | J | T | | | | | |
| 169.  VanEckFundsGlobalHardAssets | A | Interest | J | T | | | | | |
| 170.  Histatek | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| YOUNG, H. DAVID | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AMJ Corp | E | Dividend | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 2-9 & 171 previously owned individually were transferred to a family partnership. Also, items 25,  27, 30-34, & 51-139 that were not disposed of in 2012 are now held by a family LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ H. DAVID YOUNG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544